**No. 40153.**—Protest 477871–G of Frankenthaler Ribbons, Inc. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.